JOHN NIEDERSTEIN, JR., Respondent, *v.* MARY B. CUSICK, Individually and as Executrix of MARTIN CUSICK, Deceased, Appellant.

*Neiderstein* v. *Cusick*, 126 App. Div. 409, affirmed.
(Argued May 13, 1909; decided June 1, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

May 29, 1908, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to compel specific performance of a covenant to renew a lease.

*William E. C. Mayer* for appellant.

*Alfred J. Gilchrist* and *Jacob Neu* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: CULLEN, Ch. J.